ISADORE NEUMAN, Respondent, *v.* THE NEW YORK MUTUAL
SAVINGS AND LOAN ASSOCIATION, Appellant.

Reported below, 17 App. Div. 72.
(Argued February 26, 1900; decided March 6, 1900.)

MOTION to open default taken by reason of the non-appearance of counsel of appellant upon the call of the case and to reinstate an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 16, 1897, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term, and granting a new trial.

*Thomas F. Conway* for motion.

*T. Harvey Ferris* opposed.

Motion to open default granted, on payment of ten dollars costs.

---

DANIEL MOONEY et al., Appellants, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY et al., Respondents.

(Submitted February 26, 1900; decided March 6, 1900.)

MOTION to substitute James D. Mooney, as executor of Daniel Mooney, deceased, as appellant herein.

*Johnston & Johnston* for motion.

No one opposed.

Motion for order of substitution granted, without costs.